CHIEF JUSTICE
  CAROLYN WRIGHT
JUSTICES
  DAVID L. BRIDGES
  MICHAEL J. O'NEILL
  KERRY P. FITZGERALD
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  DAVID LEWIS
  ADA BROWN
  CRAIG STODDART



**Court of Appeals**
**Fifth District of Texas at Dallas**
600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
lisa.matz@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
HTTP://5TH.TXCOURTS.GOV

September 5, 2014


Patrick P. Sicotte
Nesbitt, Vassar & McCown, L.L. P.
15851 Dallas Parkway, Suite 800
Addison, TX 75001

Thompson Coe Cousins & Irons, L. L. P.
Attorneys and Counselors
Plaza of The Americas
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, Texas 75201-2832

Re: **View Point Bank v. Allied Property; 05-12-01370-CV**


Dear Attorneys:

Enclosed is a corrected page 1 for the above-mentioned case.  Please note the following
typographical errors, which have been corrected:

In the first sentence on the first page of the opinion, the word "mortgagor" should be "mortgagee"

Please replace page 1 of your previous copy with the enclosed.

Sincerely,



Lisa Matz
Clerk of the Court

cc:      Trial court judge
              Trial court clerk